# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION | § § § | CIVIL ACTION NO. 4:23CV597 |
| | § | JUDGE MAZZANT/JUDGE JOHNSON |
| V. | § | |
| | § | |
| KINGMAN HOLDINGS LLC, *et al.* | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 18, 2024, the Magistrate Judge entered a Report and Recommendation (Dkt. #20) that Defendant Kingman Holdings LLC's Motion to Dismiss or Abate (the "Motion to Dismiss") (Dkt. #8), which was joined by Defendants Yasir Lal and Mahwish Lal, should be denied.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED** that the Motion to Dismiss (Dkt. #8) is **DENIED**.

**SIGNED this 5th day of February, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE