IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE, FOR RASC 2006-EMX5, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 4:23-cv-00597-ALM-BD |
| KINGMAN HOLDINGS LLC, individually and as TRUSTEE FOR THE LOVE BIRD 218 LAND TRUST, MARK DISANTI, TED BLANCHARD, YASIR LAL, and MAHWISH LAL | § § § § § § | |
| *Defendants*. | § § | |

## JOINT NOTICE OF SETTLEMENT

U.S. Bank Trust National Association, as Trustee, for RASC 2006-EMX5, Kingman Holdings LLC, individually and as Trustee for the Love Bird 218 Land Trust, Mark DiSanti, Yasir Lal and Mahwish Lal (collectively the "Parties") jointly file this Notice of Settlement and state as follows:

The Parties have reached a settlement regarding the claims and causes of action asserted in the above-referenced and numbered case. The Parties fully expect to execute a settlement agreement and present final pleadings to the Court within (30) days.

To preserve judicial economy, the Parties respectfully request this case be removed from the trial docket and allow the Parties to finalize settlement documents and final judgment.

Respectfully submitted,

By:    /s/ *Shelley L. Hopkins*
       Shelley L. Hopkins
       State Bar No. 24036497
       HOPKINS LAW, PLLC

2802 Flintrock Trace, Suite B103
Austin, Texas 78738
(512) 600-4320
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP - *Of Counsel*
ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com

Mark D. Hopkins
State Bar No. 00793975
HOPKINS LAW, PLLC
2802 Flintrock Trace, Suite B103
Austin, Texas 78738
(512) 600-4320
mark@hopkinslawtexas.com

Robert D. Forster, II
State Bar No. 24048470
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP
4004 Belt Line Road, Ste. 100
Addison, Texas 75001
(972) 386-5040
RobertFO@bdfgroup.com

**ATTORNEYS FOR PLAINTIFF**

By:  /s/ *Kenneth S. Harter w/ permission*
Kenneth S. Harter
State Bar No. 09155300
LAW OFFICES OF
KENNETH S. HARTER
6060 Warren Pkwy Suite 100
Frisco, Texas 75034
(972) 752-1928
ken@kenharter.com

**ATTORNEY FOR DEFENDANTS KINGMAN AND DISANTI**

By:  /s/ *Michael Keller w/ permission*
Michael E. Keller
State Bar No. 24087837
Beth Ann Blackwood
State Bar No. 12789140

        THE KELLER LAW FIRM
5440 Harvest Hill Road, Suite 233
Dallas, Texas 75230
mike@kellerfirm.com
bethann@kellerfirm.com

**ATTORNEYS FOR LAL DEFENDANTS**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 4th day of June 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system and served a true and correct copy to all parties and/or counsel of record.

/s/ *Shelley L Hopkins*
Shelley L. Hopkins